DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW ALAN LEE,**
Appellant,

v.

**JOHN DOE** n/k/a **ERIC GOLDSTEIN,**
Appellee.

No. 4D2024-3123

[March 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Richard Levenson, Judge; L.T. Case No. 062023CA017618AXXXCE.

Jonathan Michael Galler of J Galler Law, P.A., Pompano Beach, for appellant.

Cristina M. Pierson of Kelley | Uustal, PLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***